

# THE THIRTEENTH COURT OF APPEALS

13-13-00476-CV

VICTOR T. SERRANO
v.
MANUEL RAMOS

On Appeal from the
County Court at Law No 4 of Hidalgo County, Texas
Trial Cause No. CL-11-2752-D

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be vacated in part, reversed and rendered in part, and affirmed in part. The Court orders the judgment of the trial court VACATED IN PART, REVERSED AND RENDERED IN PART, AND AFFIRMED IN PART. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

June 18, 2015